Stephen C. Ruehmann, Esq. (167533)
*steve@ruehmannlawfirm.com*
Robin D. Shofner, Esq. (272552)
*robin@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel:   (916) 988-8001
Fax:   (916) 988-8002

Attorneys for Plaintiffs
ROGER J.B. MCKINLEY JR. and
CARON D. MCKINLEY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY, <br><br> Plaintiffs, <br> v. <br><br> CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:13-CV-01057-TLN-CKD <br><br> **STIPULATION TO KEEP TEMPORARY RESTRAINING ORDER IN EFFECT PENDING DETERMINATION ON MOTION FOR PRELIMINARY INJUNCTION; ORDER** <br><br> Complaint Filed:   April 24, 2013 <br> Removed:   May 29, 2013 |

## JOINT STIPULATION

Plaintiffs ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY (collectively "Plaintiffs") and Defendants CITIMORTGAGE, INC., and NORTHWEST TRUSTEE SERVICES, INC. (collectively "Defendants"), (collectively "Parties") by and through their counsel of record, hereby stipulate as follows:

1. Plaintiffs filed their Complaint on April 24, 2013, in El Dorado County Superior Court, Case No.: PC20130222;

2. The underlying issue of this action is the potential foreclosure of the property located at 4546 Crown Point Drive, Diamond Springs, California 95619 (the "Subject Property").

3. On May 15, 2013, El Dorado County Superior Court granted Plaintiffs' request for a Temporary Restraining Order ("TRO") and set an Order to Show Cause Re: Preliminary Injunction ("OSC") hearing for June 5, 2013.

4. On May 28, 2013, Defendants filed a Notice of Removal of Action with the United States District Court, Eastern District of California (Sacramento Division) and the above-mentioned case was assigned Case No.: 2:13-cv-01057-TLN-CKD.

5. WHEREAS, the Parties by stipulation have agreed and request that the Superior Court's temporary restraining order entered on May 15, 2013, remain in effect until a decision on a regularly noticed Motion for Preliminary Injunction is rendered by the United States District Court, Eastern District of California. The Preliminary Injunction hearing will be set for August 22, 2013, at 2:00 p.m. before the Honorable Troy L. Nunley.

5. This stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

6. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiffs or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated: July 5, 2013                             **RUEHMANN LAW FIRM, P.C.**

  /s/ Stephen C. Ruehmann
Stephen C. Ruehmann, Esq.
Attorney for Plaintiffs
ROGER J.B. MCKINLEY JR. and
CARON D. MCKINLEY

///

Dated: July 5, 2013                              **WOLFE & WYMAN LLP**

                          /s/ Joshua M. Bryan
                          Joshua M. Bryan, Esq.
                          Attorney for Defendant CitiMortgage, Inc.

Dated: July 5, 2013                              **RCO LEGAL, P.S.**

                          /s/ Kathy Shakibi
                          Kathy Shakibi, Esq.
                          Attorney for Defendant
                          Northwest Trustee Services, Inc.

## ORDER

The Court having considered the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that:

The Superior Court's Temporary Restraining Order shall remain in effect until this Court renders a decision on Plaintiffs' Motion for Preliminary Injunction which will be set for hearing on August 22, 2013, at 2:00 p.m. before the Honorable Troy L. Nunley.

Dated:  July 5, 2013

                          Troy L. Nunley
                          United States District Judge