Cameron D. Bordner, Esq. (236312)
*bordner@mobolaw.com*
Robin D. Shofner, Esq. (272552)
*shofner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel:   (916) 447-0529
Fax:   (916) 848-3500

Attorneys for Plaintiffs
ROGER J.B. MCKINLEY JR. and
CARON D. MCKINLEY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:13-CV-01057-TLN-CKD <br><br> **JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HEARING; ORDER** <br><br> Complaint Filed:   April 24, 2013 <br> FAC Filed:   June 18, 2013 <br> Removed:   May 29, 2013 |

## JOINT STIPULATION

Plaintiffs ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY (collectively "Plaintiffs") and Defendants CITIMORTGAGE, INC., and NORTHWEST TRUSTEE SERVICES, INC. (collectively "Defendants"), (collectively "Parties") by and through their counsel of record, hereby stipulate as follows:

1.   WHEREAS, Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is currently scheduled to be heard on October 3, 2013.

2. WHEREAS, Plaintiffs' Motion for Preliminary Injunction is currently scheduled to be heard on October 3, 2013.

3. WHEREAS, Plaintiffs' retained new counsel, Molsby & Bordner, LLP, to represent them in this matter on September 27, 2013.

4. WHEREAS, Plaintiffs' prior counsel failed to timely file an Opposition to Defendants' Motion to Dismiss the First Amended Complaint or a Reply in support of Plaintiffs' Motion for Preliminary Injunction;

5. WHEREAS, Plaintiffs' new counsel wishes to file an Opposition to Defendants' Motion to Dismiss and Reply in support of Plaintiffs' Motion for Preliminary Injunction;

6. WHEREAS, the Parties mutually agree that continuance of the Motion to Dismiss the First Amended Complaint and Motion for Preliminary Injunction will serve the interests of justice and not prejudice the Parties.

7. WEHREAS, the Parties by stipulation have agreed and request that the hearing for Defendants' Motion to Dismiss First Amended Complaint and Plaintiffs' Motion for Preliminary Injunction be continued fourteen (14) days to October 17, 2013 at 2:00 pm or as soon thereafter the Court's schedule allows.

8. WHEREAS, the Parties stipulate that the Temporary Restraining Order currently in place, shall remain in place until the hearing on Plaintiffs' Motion for Preliminary Injunction.

9. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiffs or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

**IT IS SO STIPULATED.**

Dated: September 30, 2013          **MOLSBY & BORDNER, LLP**

                                          /s/ Robin D. Shofner
                                          Robin D. Shofner, Esq.
                                          Attorney for Plaintiffs
                                          ROGER J.B. MCKINLEY JR. and
                                          CARON D. MCKINLEY

| | |
|---|---|
| Dated: September 30, 2013 | **WOLFE & WYMAN LLP** |
| | /s/ Joshua M. Bryan |
| | Joshua M. Bryan**,** Esq. |
| | Attorney for Defendant CitiMortgage, Inc. |
| Dated: September 30, 2013 | **RCO LEGAL, P.S.** |
| | /s/ Jason A. Savlov |
| | Jason A. Savlov, Esq. |
| | Attorney for Defendant |
| | Northwest Trustee Services, Inc. |

### ORDER

The Court having considered the foregoing stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

The hearing for Defendants' Motion to Dismiss First Amended Complaint and Plaintiffs' Motion for Preliminary Injunction shall be continued fourteen (14) days to October 17, 2013 at 2:00 pm before the Honorable Troy L. Nunley.

Dated: September 30, 2013

Troy L. Nunley
United States District Judge