Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, CA 95814-2716
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01057-TLN-CKD<br><br>**ORDER EXTENDING DEFENDANT CITIMORTGAGE, INC.'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

## ORDER

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., IT IS HEREBY ORDERED that the time for Defendant CITIMORTGAGE, INC. to respond to Plaintiffs' first amended complaint shall be and hereby is extended up to and including April 4, 2014.

**IT IS SO ORDERED.**

Dated: March 14, 2014

_____
Troy L. Nunley
United States District Judge