CAMERON D. BORDNER, ESQ. (236312)
*bordner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
10280 Donner Pass Road
Truckee, CA 96161
Tel: (530) 214-8700
Fax: (530) 214-8158

ROBIN D. SHOFNER, ESQ. (272552)
*shofner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel: (916) 447-0529
Fax: (916) 848-3500

Attorneys for Plaintiffs:
ROGER J.B. MCKINLEY JR; and
CARON D. MCKINLEY;

# UNTIED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY, | Case No.: 2:13-CV-01057-TLN-CKD |
| Plaintiffs, | **REQUEST FOR DISMISSAL OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC., ORDER** |
| v. | |
| CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive, | Complaint Filed: April 24, 2013<br>FAC Filed: June 18, 2013 |
| Defendants. | |

///

///

///

---

1
**REQUEST FOR DISMISSAL AND ORDER**

Pursuant to Federal Rules of Civil Procedure 71.1(i)(2), Plaintiffs ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY (Plaintiffs) request Defendant NORTHWEST TRUSTEE SERVICES, INC. be dismissed without prejudice as to the entire action.

Dated: October 3, 2014                              **MOLSBY & BORDNER, LLP**

/s/ Robin D. Shofner
Robin D. Shofner, Esq.
Attorney for Plaintiffs
ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY

### ORDER

**IT IS HEREBY ORDERED** that Defendant NORTHWEST TRUSTEE SERVICES, INC is dismissed without prejudice as to the entire action.

Dated:  October 3, 2014                              _____
Judge Troy L. Nunley
U.S. DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA