**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01057-TLN-CKD<br><br>**ORDER MODIFYING DISCOVERY AND EXPERT DISCOVERY DEADLINES** |

## ORDER

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., IT IS HEREBY ORDERED that the Pretrial Scheduling Order ("Pretrial Order") entered on June 12, 2014, is modified so that the original March 13, 2015 discovery completion deadline referenced in the Pretrial Order (Page 2, Line 7) is vacated and continued to July 31, 2015.

It is further ORDERED that the original May 14, 2015 expert designation deadline referenced in the Pretrial Order (Page 2, Line 21) is vacated and continued to June 15, 2015.

///

1
**ORDER MODIFYING DISCOVERY AND EXPERT DISCOVERY DEADLINES**

IT IS SO ORDERED.

Dated: February 9, 2015

_____
Troy L. Nunley
United States District Judge