CAMERON D. BORDNER, ESQ. (236312)
*bordner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
10280 Donner Pass Road
Truckee, CA 96161
Tel: (530) 214-8700
Fax: (530) 214-8158

ROBIN D. SHOFNER, ESQ. (272552)
*shofner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel: (916) 447-0529
Fax: (916) 848-3500

Attorneys for Plaintiffs:
ROGER J.B. MCKINLEY JR; and
CARON D. MCKINLEY;

**UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:13-CV-01057-TLN-CKD <br><br> **ORDER VACATING TRIAL AND TRIAL-RELATED DATES AND ALLOWING FILING OF SECOND AMENDED COMPLAINT** |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., IT IS HEREBY ORDERED that Plaintiffs may file a Second Amended Complaint, within five (5) days of entry of this Order and that the trial currently set for February 16, 2016 is vacated and all related deadlines and hearings are vacated

**ORDER VACATING TRIAL AND RELATED DATES AND TO FILE SAC**

Molsby & Bordner, LLP

and removed from calendar to be later determined when the pleadings are resolved, if at all.

**IT IS SO ORDERED.**

Dated:  July 15, 2015

_____
Troy L. Nunley
United States District Judge

Molsby & Bordner, LLP

**ORDER VACATING TRIAL AND RELATED DATES AND TO FILE SAC**