**Brian H. Gunn (SBN 192594)**
bhgunn@wolfewyman.com
**Joshua M. Bryan (SBN 225230)**
jmbryan@wolfewyman.com
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone:  (916) 912-4700**
**Facsimile:   (916) 329-8905**

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01057-TLN-CKD<br><br>**ORDER EXTENDING DEFENDANT CITIMORTGAGE, INC.'S TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., IT IS HEREBY ORDERED that the time for Defendant CITIMORTGAGE, INC. to respond to Plaintiffs' Second Amended Complaint shall be and hereby is extended up to and including August 12, 2015.

**IT IS SO ORDERED.**

Dated:  July 29, 2015

_____
Troy L. Nunley
United States District Judge