**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
980 9th Street, Suite 2350
Sacramento, CA 95814-2716
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

**Attorneys for Defendant
CITIMORTGAGE, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01057-TLN-CKD<br><br>**ORDER EXTENDING DEFENDANT CITIMORTGAGE, INC.'S TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the second Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., regarding the subject matter, IT IS HEREBY ORDERED that the time for Defendant CITIMORTGAGE, INC. to respond to Plaintiffs' Second Amended Complaint shall be and hereby is extended up to and including August 19, 2015.

**IT IS SO ORDERED.**

Dated: August 18, 2015

_____
Troy L. Nunley
United States District Judge

1
**ORDER EXTENDING DEFENDANT CITIMORTGAGE, INC.'S
TIME TO RESPONDTO THE SAC**