Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
**WOLFE & WYMAN LLP**
980 9th Street, Suite 2350
Sacramento, CA 95814-2716
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01057-TLN-CKD<br><br>**ORDER EXTENDING DEFENDANT CITIMORTGAGE, INC.'S TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., IT IS HEREBY ORDERED that the time for Defendant CITIMORTGAGE, INC. to respond to Plaintiffs' Third Amended Complaint shall be and hereby is extended up to and including July 26, 2016

**IT IS SO ORDERED.**

Dated: July 11, 2016

_____
Troy L. Nunley
United States District Judge