**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone:  (916) 912-4700**
**Facsimile:   (916) 329-8905**

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01057-TLN-CKD<br><br>**ORDER EXTENDING DEFENDANT CITIMORTGAGE, INC.'S TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., IT IS HEREBY ORDERED that the time for Defendant CITIMORTGAGE, INC. to respond to Plaintiffs' Third Amended Complaint shall be and hereby is extended up to and including August 9, 2016

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
Troy L. Nunley
United States District Judge