**Brian H. Gunn (SBN 192594)**
bhgunn@wolfewyman.com
**Joshua M. Bryan (SBN 225230)**
jmbryan@wolfewyman.com
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROGER J.B. MCKINLEY JR. and CARON D. MCKINLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-01057-TLN-CKD <br><br> **ORDER TO CONTINUE HEARING DATE ON MOTION TO DISMISS** <br><br> Hrg Date: 10/6/2016 <br> Time:       2:00 P.M. <br> Ctrm:       2, 15TH Floor |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs and Defendant CITIMORTGAGE, INC., IT IS HEREBY ORDERED that the hearing date on Defendant CITIMORTGAGE, INC's Motion to Dismiss Plaintiffs' Third Amended Complaint, currently scheduled on October 6, 2016 at 2:00 p.m., be continued to October 20, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 28, 2016

_____
Troy L. Nunley
United States District Judge

1
**ORDER TO CONTINUE HEARING DATE ON MOTION TO DISMISS**

2556352.1